# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE VILLENA    v. _____

No.    17-2069

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: Mario Villena, Jose Villena
       Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
- ☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Burman Y Mathis |
| Law Firm: | Law Offices of Burman Y Mathis |
| Address: | 471 Riverside Drive |
| City, State and Zip: | Harpers Ferry, WV 25425 |
| Telephone: | (703) 901-1683 |
| Fax #: | |
| E-mail address: | budmathis@yahoo.com |

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    08/21/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    6/2/2017    Signature of pro se or counsel    /s/ Burman Y Mathis

cc: _____

Reset Fields